IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ANTHONY CORK WINDER                                                              PLAINTIFF

VS.                                                        CIVIL ACTION NO. 4:08cv41-DPJ-JCS

CHRISTOPHER EPPS, et al.                                             DEFENDANT

## ORDER OF DISMISSAL

This cause is before the court on Plaintiff's motion to voluntarily dismiss his complaint. The motion is granted, and this matter is hereby dismissed without prejudice.

SO ORDERED this the 12th day of January, 2009.

                                                  /s/ James C. Sumner
                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE